ORIGINAL

FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0206

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0206

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KATHAN DEVERNON JOHNSON,

Defendant and Appellant.

FILED

JUN 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Kathan Devernon Johnson filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Johnson responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We have considered the arguments raised by counsel and by Johnson. We conclude that a nonfrivolous issue exists as to whether the District Court failed to give Johnson sufficient credit for elapsed "street" time or articulate its basis for denying such credit under § 46-18-203(7)(b), MCA.

IT IS THEREFORE ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Johnson personally.

DATED this 11 day of June, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices